IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PERNELL GRANT,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3145

Opinion filed October 2, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Pernell Grant, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED. See Logan v. State, 846 So. 2d 472 (Fla. 2003).

WETHERELL, ROWE, and RAY, JJ., CONCUR.